UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM BLAKE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. WEAVER,<br><br>　　　　　Defendant. | No. 2:23-cv-1227 CKD P<br><br><br><u>ORDER</u> |

　　　　Plaintiff has filed a motion asking that this matter be dismissed. Good cause appearing, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff's motion to dismiss (ECF No. 6) is granted;

　　　　2. This action is deemed dismissed pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure; and

　　　　3. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is denied as moot.

Dated: July 11, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
blak1227.41a